**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1446**

DONALD E. STUART,

Plaintiff – Appellant,

v.

LASALLE BANK NATIONAL ASSOCIATION, As Trustee Under the
Pooling and Serving Agreement Dated as of December 1, 2006,
GSAMP Trust 2006-HE8; BAC NORTH AMERICA HOLDING COMPANY;
BANK OF AMERICA; ANY UNKNOWN HOLDER OF NOTE, As to Loan
Transaction Dated July 25, 2006 Between Plaintiff and Aegis
Lending Corporation Secured by Deed of Trust that was a
Lien on his Home at 2323 Buckner Street, Petersburg, VA
23805,

Defendants – Appellees,

and

AEGIS LENDING CORPORATION,

Defendant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.    James R. Spencer, Chief
District Judge.   (3:09-cv-00459-JRS)

Submitted:  December 7, 2010         Decided:  December 21, 2010

Before KING, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henry W. McLaughlin, III, LAW OFFICE OF HENRY MCLAUGHLIN, PC, Richmond, Virginia, for Appellant. John C. Lynch, TROUTMAN SANDERS LLP, Virginia Beach, Virginia; Jonathan S. Hubbard, TROUTMAN SANDERS, LLP, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald E. Stuart appeals the district court's orders dismissing his complaint pursuant to Fed. R. Civ. P. 12(b)(6) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stuart v. LaSalle Bank Lending Ass'n, No. 3:09-cv-00459-JRS (E.D. Va. Feb 11 & Mar. 18, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED